# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

Marilyn Kelly,
Chief Justice

139162 & (99)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID SCHIED,
          Plaintiff-Appellant,

v

SC: 139162
COA: 282804
Ingham CC: 07-001256-AW

STATE OF MICHIGAN, ATTORNEY
GENERAL, DEPARTMENT OF EDUCATION,
DEPARTMENT OF MANAGEMENT &
BUDGET, DEPARTMENT OF CIVIL RIGHTS,
MICHIGAN STATE POLICE, WASHTENAW
COUNTY PROSECUTORS, LINCOLN
CONSOLIDATED SCHOOLS BOARD OF
EDUCATION, SANDRA HARRIS,
NORTHVILLE PUBLIC SCHOOLS BOARD OF
EDUCATION, SCOTT SNYDER, KATY
PARKER, DAVID BLITHO, LEONARD
REZMIERSKI, KELLER THOMA LAW FIRM,
WAYNE COUNTY REGIONAL EDUCATION
SERVICES AGENCY, MARLENE DAVIS,
KEVIN MAGIN, DAVID SOEBBING, and
NORTHVILLE CITY POLICE DEPARTMENT,
          Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the May 19, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

Clerk